369 A.2d 728
COMMONWEALTH of Pennsylvania
v.
Alphonso GEIGER, Appellant.

Supreme Court of Pennsylvania.
Argued Oct. 13, 1976.
Decided Feb. 28, 1977.

Daniel M. Rendine, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., James Garrett, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Judgment of sentence affirmed.